Commonwealth *v.* Lowrie, Appellant.

■ Submitted December 16, 1975. *Stephen P. Gallagher*, and *Stack, Ginley & Gallagher*, for appellant; *Allan J. Sagot, Deborah E. Glass*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.